IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WARREN G. TAYLOR and MELINDA TAYLOR, Husband and Wife, and as Natural and Legal Guardians of S.T., a Minor; and CHRISTINE TAYLOR, an Individual,<br><br>      Plaintiffs,<br><br>  v.<br><br>PAUL AND JUDY SAMSON, Husband and Wife; and INTERMOUNTAIN GAS COMPANY, an Idaho Corporation,<br><br>      Defendants. | Case No. CV-05-225-S-BLW<br><br>**JUDGMENT** |

In accordance with the Memorandum Decision and Order filed concurrently herewith,

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment be entered in favor Defendants and that this case be DISMISSED IN ITS ENTIRETY.

**Judgment - Page 1**

This case is hereby ordered closed.



DATED: **September 24, 2007**

_____
Honorable B. Lynn Winmill
Chief U. S. District Judge

**Judgment - Page 2**